UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**MARY LEWIS,** *as Administrator*
*of the Estate of Ivan Lewis, deceased,*

    **Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

    **Defendants.**                      No. 12-cv-319-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 1, 2013, this case is **DISMISSED** with prejudice.

                                  NANCY J. ROSENSTENGEL,
                                  CLERK OF COURT


                              BY:      /s/*Sara Jennings*
                                            **Deputy Clerk**

Dated: July 2, 2013

                        David R. Herndon
                        2013.07.02
APPROVED:        16:41:47 -05'00'
            CHIEF JUDGE
            U. S. DISTRICT COURT